**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6224**

─────────────

ANDRE EDMONDS,

Plaintiff - Appellant,

versus

ELIZABETH H. PARET,

Defendant - Appellee,

and

JOHN J. MOORE; VALERIE CARR; VICTORIA PAULEY,

Defendants.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-02-805)

─────────────

Submitted: May 15, 2003                Decided: May 27, 2003

─────────────

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Andre Edmonds, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Tara Louise Casey, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Edmonds appeals the district court's order dismissing all claims against Elizabeth H. Paret, Clerk for the United States District Court, Eastern District of Virginia.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Edmonds v. Moore</u>, No. CA-02-805 (E.D. Va. Jan. 15, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Edmonds' claim, raised for the first time on appeal, that Paret perpetrated a fraud on the district court in her defense of this matter is not properly before this court for consideration. <u>Muth v. United States</u>, 1 F.3d 246, 250 (4th Cir. 1993).

2